IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MELISSA LYNEE HORNER,<br><br>Defendant. | CR 22–16–BU–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Melissa Lynee Horner's Motion to File Under Seal. (Doc. 26.) Horner seeks leave to file a psychological evaluation under seal. (*Id.*) The United States does not object. (*Id.*)

Horner's motion cites to Local Civil Rule 5.2, but Local Criminal Rule 49.3 actually governs the sealing of documents in criminal cases. The Court finds that given the predominately confidential nature of the psychological evaluation at issue "it is not feasible to file a redacted version of the document or item in the public record." L.R. CR 49.3(c)(3)(A).

Accordingly, IT IS ORDERED the motion (Doc. 26) is GRANTED. The report (Doc. 27) need not be refiled. *See* L.R. CR 49.3(f)(2).

DATED this 3rd day of August, 2022.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court